The Official Web Site for Virginia’s Judicial System

 9+
 
 
 
 
 Home 
 Virginia's Court System
 Virginia Courts in Brief 
 Supreme Court of Virginia
 About 
 Calendar 
 Case Status and Information 
 Forms 
 Information Regarding Petitions for Appeal Docketed for a Writ Panel Hearing
 Information Regarding Pending Appeals that Have Been Granted
 Appeals Granted 
 Argument Docket 
 Counsel in Decided Cases 
 
 Justices of the Supreme Court of Virginia 
 Office of Chief Staff Attorney 
 Oral Arguments 
 Opinions
 By Date Issued (since 6/9/95) 
 Opinions Search 
 
 Petitions for Rehearing 
 Resources and Reference Materials
 Americans with Disabilities Act (ADA) 
 Code of Virginia 
 Instructions for Qualification as Corporate Counsel Before this Court 
 Instructions for Attorneys Arguing Granted Cases Before the Court 
 Procedures for Obtaining a Certificate of Good Standing from the Clerk of the Supreme Court 
 Supreme Court of Virginia Computers
 in the Courtroom Policy 
 Supreme Court of Virginia Informational Pamphlet 
 
 Rules of the Supreme Court of Virginia
 Rules of the Supreme Court of Virginia 
 Amendments to Rules of the Supreme Court of Virginia Amendments Arranged by Rule, with Amendments Tracked 
 Proposed Amendments to Rules of the Supreme Court of Virginia 
 Call for Comment on Draft Revisions to Rules of Court 
 Prior Requests for Comments on Draft Revisions to Rules of Court 
 Medical Malpractice Rules of Practice 
 
 
 
 Court of Appeals of Virginia
 About 
 Calendar 
 Case Status and Information 
 Dockets 
 Forms 
 Judges of the Court of Appeals of Virginia 
 Office of Chief Staff Attorney 
 Opinions
 Opinions Search 
 Published Opinions (5/2/95  present) 
 Unpublished Opinions (3/5/02  present) 
 
 Resources and Reference Materials
 Americans with Disabilities Act (ADA) 
 Code of Virginia 
 Court of Appeals of Virginia Informational Pamphlet 
 Guidelines for Filing Digital Briefs 
 Rules of the Supreme Court of Virginia 
 
 
 Circuit Court
 Individual Circuit Court Homepages 
 Case Status and Information
 Circuit Court Case Information 
 Fees 
 Circuit Court Records Information 
 
 Forms 
 Manuals
 Court-Appointed Counsel Procedures & Guidelines Manual
 Court-Appointed Counsel Eligibility
 Circuit Court Clerks' Duties List 
 Circuit Court Clerk's Manual - Civil
 Circuit Court Clerk's Manual - Criminal
 
 
 Programs
 Drug Treatment Courts 
 Foreign Language Services 
 Guardians Ad Litem 
 Judicial Settlement Conference 
 Mediation 
 Parent Education 
 
 Resources and Reference Materials
 Americans with Disabilities Act (ADA) 
 Circuit Courts Informational Pamphlet 
 Commissioners of Accounts
 Circuit Court Fiduciary Forms 
 
 Manual for Commissioners of Accounts 
 Alphabetical Listing of Commissioners of Accounts 
 Uniform Fee Schedule Guidelines 


 Guardians and Conservators of Incapacitated Adults 
 Jury Service 
 Probate and Estate Administration 
 Records Management and Retention, Library of Virginia 
 Rules of the Supreme Court of Virginia 
 Unclaimed Property Division, Virginia Department of the Treasury 
 
 
 General District Court
 Individual General District Court Homepages 
 Case Status and Information
 General District Court Case Information 
 General District Court Civil Filing Fee Calculation 
 
 Forms 
 Pay Traffic Tickets and Other Offenses
 Payments Online (General District Courts Only) 
 Payments by Mail 
 
 Programs
 Drug Treatment Courts 
 Foreign Language Services 
 Mediation 
 
 Manuals
 Court-Appointed Counsel Procedures & Guidelines Manual
 Court-Appointed Counsel Eligibility
 District Court Forms Manual 
 District Court Judges Benchbook 
 General District Court Manual
 
 Resources and Reference Materials
 Americans with Disabilities Act (ADA) 
 Code of Virginia 
 Commonwealth of Virginia Agency Websites 
 General District Courts Informational Pamphlet 
 Licensed Property and Surety Bail Bondsmen 
 Rules of the Supreme Court of Virginia 
 Small Claims Court Procedures 
 
 
 Juvenile and Domestic Relations District Court
 Individual Juvenile and Domestic Relations District Court Homepages 
 Forms 
 Manuals
 Court-Appointed Counsel Procedures & Guidelines Manual
 Court-Appointed Counsel Eligibility
 District Court Forms Manual 
 District Court Judges Benchbook 
 Juvenile and Domestic Relations District Court Manual 
 
 Programs
 Assistance with Protective Orders (I-CAN!) 
 Court Improvement Program 
 Drug Treatment Courts 
 Foreign Language Services 
 Guardians Ad Litem 
 Mediation 
 Parent Education 
 
 Resources and Reference Materials
 Americans with Disabilities Act (ADA) 
 American Bar Association (ABA) Center on Children and the Law 
 Code of Virginia 
 Commonwealth of Virginia Agency Websites 
 Juvenile and Domestic Relations District Courts Informational Pamphlet 
 National Council of Juvenile and Family Court Judges 
 Rules of the Supreme Court of Virginia 
 
 
 Magistrate System
 About 
 Complaint Procedure
 Instructions 
 Magistrate Complaint Form 
 
 Magistrate System Organizational Chart 
 Map Showing Virginias Magisterial Regions 
 Resources and Reference Materials
 Americans with Disabilities Act (ADA) 

 Chapter 3 of Title 19.2 of the Code of Virginia 
 Magistrate Manual 
 
 
 Special Justices
 Forms 
 Resources and Reference Materials 
 Americans with Disabilities Act (ADA) 
 Training Standards and Appointment Guidelines 
 
 
 Employment Opportunities
 General Contact Information for All Courts
 Supreme Court of Virginia 
 Court of Appeals of Virginia 
 Circuit Courts 
 District Courts 
 Chief Judges 
 Justices and Judges 
 Substitute Judges 
 
 Office of the Executive Secretary (OES)
 Assistant Executive Secretary and Counsel
 
 
 Court Improvement Program
 Programs 
 Resources and Reference Materials 
 
 Educational Services 
 Fiscal Services
 Chart of Allowances 
 Forms 
 Judicial Travel Guidelines 
 Procurement 
 
 Human Resources
 Americans with Disabilities Act (ADA) 
 Employment 
 
 Judicial Information Technology 
 Judicial Planning
 Comprehensive Planning Activities 
 Statistical Information 
 Programs 
 
 Judicial Services
 Circuit Court Services 
 General District Court Services 
 Juvenile and Domestic Relations District Court Services 
 Dispute Resolution Services 
 Drug Treatment Court Services 
 Foreign Language Services 
 Magistrate Services 
 Department Organizational Chart 
 Programs 
 
 Legal Research 
 Legislative and Public Relations
 Legislative Websites 
 
 
 
 Americans with Disabilities Act (ADA) 
 Online Services
 Pay Traffic Tickets and Other Offenses
 Payments Online (General District Courts Only) 
 Payments by Mail 
 
 Assistance with Protective Orders (I-CAN!)
 I-CAN!TM Virginias Online Forms Completion System for Protective Orders 
 I-CAN! Resources
 Frequently Asked Questions 
 Manual for Local Workgroups 
 
 Court-Specific Information for Filing Protective Order Petitions 
 Juvenile and Domestic Relations District Court 
 
 Case Status and Information
 Supreme Court of Virginia 
 Court of Appeals of Virginia 
 Circuit Court 
 General District Court 
 
 Circuit Court Records Information 
 Employment Opportunities 
 Fees
 Circuit Court Civil Filing Fee Calculation 
 Deed Calculation 
 General District Court Civil Filing Fee Calculation 
 
 Opinions Search 
 Searchable Directories
 Certified Court-Appointed Attorneys 
 Guardians Ad Litem
 For Children Listed by District 
 For Incapacitated Adults Listed by District 
 
 Justices, Judges, Clerks and Chief Magistrates 
 Magistrates 
 Mediation
 Court Certified Mediators by Circuit 
 Find A Circuit Court Mediator 
 Mediator Mentors by Circuit 
 Searchable Mediator Directory (by qualifications) 
 
 Find a Parent Education Seminar 
 Circuit Court 
 Juvenile & Domestic Relations Court 
 
 
 Case Status and Information
 Supreme Court of Virginia 
 Court of Appeals of Virginia 
 Circuit Court
 Case Information 
 Fees
 Civil Filing Fee Calculation 
 Deed Calculation 
 
 Records Information 
 
 General District Court
 Case Information
 Pay Traffic Tickets and Other Offenses 
 
 Civil Filing Fee Calculation 
 
 Juvenile and Domestic Relations District Court 
 
 Court Administration
 Office of the Executive Secretary (OES)

 Assistant Executive Secretary and Counsel
 
 
 Court Improvement Program
 Programs 
 Resources and Reference Materials 
 
 Educational Services 
 Fiscal Services
 Chart of Allowances 
 Forms 
 Judicial Travel Guidelines 
 Procurement 
 
 
 Human Resources
 Americans with Disabilities Act (ADA) 
 Employment 
 
 Judicial Information Technology 
 Judicial Planning
 Comprehensive Planning Activities 
 Statistical Information 
 Programs 
 
 Judicial Services
 Circuit Court Services 
 General District Court Services 
 Juvenile and Domestic Relations District Court Services 
 Dispute Resolution Services 
 Drug Treatment Court Services 
 Foreign Language Services 
 Magistrate Services 
 Department Organizational Chart 
 Programs 
 
 Legal Research 
 Legislative and Public Relations
 Legislative Websites 
 
 
 Judicial Policy Making Bodies
 Judicial Council 
 Committee on District Courts 
 Judicial Conference of Virginia 
 Judicial Conference of Virginia for District Courts 
 
 State Law Library
 Legal Links
 Virginia Codes, Rules and Statutes 
 Federal Links 
 Virginia State and Local Government 
 Legal Publications Online 
 Law Schools in Virginia 
 National Judicial Administration Organizations 
 Other Resources 
 
 Research Requests 
 The Library Collection 
 Virginia Public Law Libraries 
 SCV Historical Advisory Committee
 
 Directories
 Bail Bondsmen (Licensed Property and Surety) 
 Certified Court-Appointed Attorneys 
 Commissioners of Accounts
 General Contact Information for All Courts
 Supreme Court of Virginia 
 Court of Appeals of Virginia 
 Circuit Courts 
 District Courts 
 Chief Judges 
 Justices and Judges 
 Substitute Judges 
 
 Guardians Ad Litem
 For Children
 Listing in Alphabetical Order 
 Listing of Qualified Guardians Ad Litem for Children by District (Map) 
 
 For Incapacitated Adults
 Listing in Alphabetical Order 
 Listing of Qualified Guardians Ad Litem for Adults by District (Map) 
 
 
 Interpreters
 Blind and Vision Impaired 
 Deaf and Hard of Hearing 
 
 Judicial Settlement Conference Judges 
 Magistrates 
 Mediation
 Alternative Dispute Resolution Organizations 
 Court Certified Mediators (by Circuit) 
 Find a Circuit Court Mediator 
 Mediator Mentors (by circuit) 
 Mediation
 Coordinator Contractors (by locality) 
 Mediation Coordinator Contractors (by organization) 
 Mediation Services Contractors (by locality) 
 Searchable Mediator Directory 
 Virginia Association of Community Conflict Resolution 
 
 Find a Parent Education Seminar 
 Circuit Court 
 Juvenile & Domestic Relations Court 
 
 Public Law Libraries 
 Search for Justices, Judges, Clerks and Chief Magistrates 
 Forms
 Supreme Court of Virginia 
 Court of Appeals 
 Circuit Court
 Forms Available for Completion Online
 Criminal 
 Civil 
 Deed Book 
 Fiduciary 
 Certificate of Assumed or Fictitious Name 
 
 Circuit Court Forms List 
 Sample Circuit Court Forms and Instructions 
 
 General District Court
 Forms Available for Completion Online
 Traffic 
 Criminal 
 Civil 
 General 
 
 Form-Related Information 
 District Court Forms List 
 District Court Forms Manual 
 
 Juvenile and Domestic Relations District Court 
 Forms and Instructions 
 Form-Related Information 
 Uniform Interstate Family Support Act (UIFSA) Forms 
 District Court Forms List 
 District Court Forms Manual 
 
 Judicial Inquiry and Review Commission Complaint Form 
 Judicial Settlement Conference 
 Mediation
 Circuit Court Mediation 
 
 Parent Education Self Evaluation 
 

 Judicial Branch Agencies
 
 Judicial Inquiry and Review Commission
 About 
 Canons of Judicial Conduct 
 Complaint Form 
 Rules
 Judicial Ethics Advisory Committee
 Order Creating (JEAC) 
 Opinions Issued by the Judicial Ethics Advisory Committee 
 
 
 
 Virginia Board of Bar Examiners 
 Virginia Criminal Sentencing Commission 
 Virginia State Bar 
 
 Programs
 Assistance with Protective Orders (I-CAN!)
 I-CAN!TM Virginias Online Forms Completion System for Protective Orders 
 I-CAN! Resources
 Frequently Asked Questions 
 Manual for Local Workgroups 
 
 Court-Specific Information for Filing Protective Order Petitions 
 Juvenile and Domestic Relations District Court 
 
 
 Concluded Programs and Studies 
 Commission on Mental Health Law Reform 
 
 Judicial Boundary Realignment Study 
 
 Judicial Performance Evaluation (JPE) 
 
 Pandemic Flu Preparedness Commission 
 
 
 Drug Treatment Courts
 About 
 Directory of Drug Treatment Courts By Model and Locality 
 Drug Treatment Court Act - Virginia Code § 18.2-254.1 
 Drug Treatment Court Models 
 Drug Treatment Court Standards 
 Evaluation Reports
 Informational Video 
 Resources and Reference Materials
 Information for Local Drug Treatment Court Programs 
 Publications 
 
 Statewide Advisory Committee
 Advisory Committee Structure 
 Members 
 Meeting Schedule and Minutes 
 
 Training Calendar 
 
 Foreign Language Services
 Certification
 Certification Requirements 
 Frequently Asked Questions About Certification 
 Program Information and Registration 
 Study Materials 
 
 Frequently Asked Questions About Interpreters 
 Standards and Guidelines
 Code of Professional Responsibility for Interpreters 
 Guidelines for Serving Non-English Speakers in the Virginia Court System 
 
 Other Interpreter Services
 Blind and Vision Impaired 
 Deaf and Hard of Hearing 
 
 
 Guardians Ad Litem (GAL)
 Programs
 Guardians Ad Litem for Children 
 Guardians Ad Litem for Incapacitated Persons (Adults) 
 
 Complaints Regarding Guardians Ad Litem 
 
 Hearing Officers
 Deskbook 
 System Rules of Administration 
 
 Journey Through Justice 
 
 Judicial Settlement Conference
 Forms 
 Frequently Asked Questions 
 Judges 
 Procedures
 Checklist for Court Personnel 
 Checklist for Lawyers 
 Statistics
 
 
 Mediation
 Certification and Training
 Certification Requirements 
 Helpful Things to Consider Before Taking Mediation Training 
 Calendars of Training Courses and Conferences 
 Child Support Training Presentation 
 
 Circuit Court Mediation
 Find a Circuit Court Mediator 
 Forms 
 Resources and Reference Materials 
 
 Complaint Process
 Complaint Procedures for Mediators Certified to Receive Court-Referred Cases 
 Mediation Complaint Form [Form ADR - 1004] 
 Standards of Ethics and Professional Responsibility for Certified Mediators 
 
 Directories 
 Frequently Asked Questions About Mediation 
 Forms and Applications 
 Mediation Information System
 Instructions for Mediation Information System 
 
 Resources and Reference Materials
 Alternative Dispute Resolution Overview and Statistics (PowerPoint) 
 General Information 
 Child Dependency Mediation 
 
 Standards and Guidelines
 Guidelines 
 Standards of Ethics and Professional Responsibility for Certified Mediators 
 Statutory References Governing Mediation Procedures 
 
 
 
 Parent Education
 Find a Parent Education Seminar 
 Circuit Court 
 Juvenile & Domestic Relations Court 
 
 Information for Providers 
 Resources and Reference Materials 
 
 
 Virginia Access to Justice Commission 
 Commission Meeting Schedule 
 
 Judicial Branch Expenditures 



 
 
 
 
 
     For
 Citizens
      For
 Legal Community
    For
 Students/Teachers
 
 
 
 


 
 
 
 
 
 
 
 
 
 
 
 


 
 
 
 
 
 Welcome to the Web site of Virginia’s Judicial System
 Our aim is to assure that disputes are resolved justly, promptly, and
 economically through a court system unified in its structures and administration.
 This system is comprised of the Supreme Court of Virginia, the Court
 of Appeals of Virginia, circuit courts in thirty-one judicial circuits,
 general district and juvenile and domestic relations district courts
 in thirty-two districts, and magistrates in offices in thirty-two districts.
 The administrative office of the courts, known in Virginia as the Office
 of the Executive Secretary, supports the administration of the court
 system under the direction of the Chief Justice and the Executive Secretary. 
 
 Virginia Judicial Workload Assessment Report
 Chapter 601, Virginia Acts of Assembly (2012), directed the Supreme Court of Virginia to "develop and implement a weighted caseload system to precisely measure and compare judicial caseloads throughout the Commonwealth on the circuit court, general district court, and juvenile and domestic relations district court levels" and to develop "a recommended plan for the realignment of the circuit and district boundaries." In response to the legislation, the Supreme Court of Virginia's Office of the Executive Secretary contracted with the National Center for State Courts to develop a weighted caseload system for Virginia's trial courts and to recommend a plan for the realignment of the circuit and district boundaries. The Virginia Judicial Workload Assessment Report was submitted to the Court by the National Center for State Courts as a result of the workload assessment study they completed, and it details the weighted caseload system they developed and includes their recommendations regarding boundary realignment in Virginia. 
 
 Press
 Releases
The
 Supreme Court of Virginia to Review Proposed Rule 1A:8 Note: Corrected
 on November 26, 2013
 2013
 State of the Judiciary Address
 Presented on May 14, 2013, to the Judicial Conference of Virginia, by the Honorable Cynthia D. Kinser, Chief Justice. 
  
 
 
 
 How Do I ...?
 
 
 
 
 
 
 
  
  
  
  
  
  
  
 
  
  
  
 
 
 
 
 
 Quick Links
 
 RSS
 
 What's
 New
 
 Pay
 Traffic Tickets and Other Offenses
 
 Employment
 Opportunities
 
 Find
 a Local Court
 
 Opinions
 
 Rules
 of the Supreme Court of Virginia
 
 Frequently
 Asked Questions
 
 Legal
 Links
 
 Site
 Map
 
 Maps of Virginia
 
 
 
 By
 Judicial Circuit/District
 By
 Magisterial Region
 
 
 
 
 
 
Page Translation

Language Translation Disclaimer


 

 
 
 
 
Office of the Executive Secretary
Supreme Court of Virginia
100 North Ninth Street
Richmond, Virginia 23219 
Copyright 2009 Office of the Executive Secretary, Supreme Court of Virginia. All rights reserved.
WAI Level A Compliant
To report technical problems with our Web site, please contact the webmaster. The webmaster will not respond to inquiries seeking legal advice or about specific cases. Questions about specific cases should be directed to the court in which the case has been or will be filed.